1  SEYFARTH SHAW LLP
   Kathleen Cahill Slaught (SBN 168129)
2  E-mail: kslaught@seyfarth.com
   Michelle M. Scannell (SBN 267767)
3  E-mail: mscannell@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:  (415) 397-2823
5  Facsimile:  (415) 397-8549

6  Attorneys for Defendant
   PACIFIC GAS & ELECTRIC COMPANY
7  GROUP LIFE INSURANCE AND LONG TERM
   DISABILITY PLAN
8
   ALBERT M. KUN
9  381 Bush Street, Suite 200
   San Francisco, CA  94104
10 Telephone:  (415) 362-4000
   Facsimile:  (415) 362-1305
11
   Attorney for Plaintiffs
12 WILLIAM and DIANA GOODES

13

14              UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

16

17 WILLIAM GOODES and DIANA GOODES,   )  Case No. CV 12 1667 SI
                                      )
18         Plaintiffs,                )  **STIPULATED REQUEST TO**
                                      )  **CONTINUE CMC; [PROPOSED]**
19     v.                             )  **ORDER**
                                      )
20 PACIFIC GAS & ELECTRIC COMPANY,    )
                                      )
21         Defendant.                 )
                                      )

22

23

24     Pursuant to Northern District Local Rules 6-2, 7-7, and 16-2(e), the undersigned parties,

25 by and through their counsel, stipulate and agree as follows:

26     WHEREAS, per the Court's Civil Pretrial Minutes dated November 15, 20102, a Case

27 Management Conference is scheduled for April 5, 2013 at 3:00 p.m.

28

---

WHEREAS, counsel for Defendant Pacific Gas & Electric Company Group Life Insurance and Long Term Disability Plan (the "Plan") are now unavailable on April 5, 2013;

NOW THEREFORE, the parties respectfully request that the initial Case Management Conference be continued to April 12, 2013 or thereafter. The proposed continuance will not alter the date of any other event or any other deadline already fixed by Court Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 25, 2013                SEYFARTH SHAW LLP


By  */s/ Michelle M. Scannell*
    Kathleen Cahill Slaught
    Michelle M. Scannell
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY
GROUP LIFE INSURANCE AND LONG
TERM DISABILITY PLAN


DATED: January 25, 2013                ALBERT M. KUN, ESQ.


By  */s/ Albert M. Kun*
    Albert M. Kun
Attorney for Plaintiffs
WILLIAM GOODES and DIANA GOODES


**ORDER**

IT IS SO ORDERED.

DATED: 1/28/13                         _____
                                       Hon. Susan Illston
                                       United States District Judge

15164846v.1