```
 1  SEYFARTH SHAW LLP
    Kathleen Cahill Slaught (SBN 168129)
 2  E-mail: kslaught@seyfarth.com
    Michelle M. Scannell (SBN 267767)
 3  E-mail: mscannell@seyfarth.com
    560 Mission Street, 31st Floor
 4  San Francisco, California  94105
    Telephone:  (415) 397-2823
 5  Facsimile:  (415) 397-8549

 6  Attorneys for Defendant
    PACIFIC GAS & ELECTRIC COMPANY
 7  GROUP LIFE INSURANCE AND LONG TERM
    DISABILITY PLAN
 8
    ALBERT M. KUN
 9  381 Bush Street, Suite 200
    San Francisco, CA  94104
10  Telephone:  (415) 362-4000
    Facsimile:  (415) 362-1305
11
    Attorney for Plaintiffs
12  WILLIAM and DIANA GOODES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| WILLIAM GOODES and DIANA GOODES, | Case No. CV 12 1667 SI |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Defendant. | |

  Pursuant to Northern District Local Rules 6-2, 7-7, and 16-2(e), the undersigned parties, by and through their counsel, stipulate and agree as follows:

  WHEREAS, per the Court's Civil Pretrial Minutes dated November 15, 20102, a Case Management Conference is scheduled for April 5, 2013 at 3:00 p.m.

WHEREAS, counsel for Defendant Pacific Gas & Electric Company Group Life Insurance and Long Term Disability Plan (the "Plan") are now unavailable on April 5, 2013;

NOW THEREFORE, the parties respectfully request that the initial Case Management Conference be continued to April 12, 2013 or thereafter. The proposed continuance will not alter the date of any other event or any other deadline already fixed by Court Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 25, 2013                SEYFARTH SHAW LLP

By  */s/ Michelle M. Scannell*
    Kathleen Cahill Slaught
    Michelle M. Scannell
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY
GROUP LIFE INSURANCE AND LONG
TERM DISABILITY PLAN

DATED: January 25, 2013                ALBERT M. KUN, ESQ.

By  */s/ Albert M. Kun*
    Albert M. Kun
Attorney for Plaintiffs
WILLIAM GOODES and DIANA GOODES

**ORDER**

IT IS SO ORDERED.

DATED: 1/28/13                         _____
                                       Hon. Susan Illston
                                       United States District Judge

15164846v.1