SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
E-mail: kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant PACIFIC GAS & ELECTRIC
COMPANY GROUP LIFE INSURANCE AND LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| WILLIAM GOODES and DIANA GOODES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　Defendant. | Case No. CV 12 1667 SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC GAS & ELECTRIC COMPANY GROUP LIFE INSURANCE AND LONG TERM DISABILITY PLAN'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO REINSTATE THE PARTIES' MOTIONS ON THE STANDARD OF REVIEW (DOCKET NOS. 48 AND 50) |

　　　　Having reviewed Pacific Gas & Electric Company Group Life Insurance and Long Term Disability Plan's ("Plan") Motion for Administrative Relief to Reinstate the Parties' Motions on the Standard of Review (Docket Nos. 48 and 50), the Declarations of Kathleen Cahill Slaught and Michelle Scannell in support thereof, and the pleadings and papers on file in this action, the Court makes the following findings, and good cause appearing, makes the following order:

　　　　The Court shall reinstate the parties' motions filed on December 6 and 7, 2012, respectively, for the Court's consideration.

1    The briefing schedule for the Plan's motion on the timeliness of Plaintiffs' claims
2 outlined in the November 15, 2012 Civil Pretrial Minutes is modified as follows:
3    The Plan's motion on the timeliness of Plaintiffs' claim filed by March 8, 2013;
4 Plaintiffs' Opposition Due on March 22, 2013 and the Plan's Reply due on March 29, 2013.
5 Hearing on motion regarding timeliness of Plaintiffs' claims scheduled for April 12, 2013, which
6 is the same date as the continued Case Management Conference.
7  IT IS SO ORDERED.

10  DATED: February __13__, 2013          _____
11                                         Honorable District Court Judge Susan Illston