**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM GOODES and DIANA GOODES, | Case No. C 12-1667 SI |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, *et al*., | |
| Defendants. | |

The Court has granted defendant's motion for summary judgment.  Judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 24, 2013

SUSAN ILLSTON
United States District Judge