IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GOODES and DIANA GOODES, | Case No. C 12-1667 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, *et al.*, | |
| Defendants. | |

The Court has granted defendant's motion for summary judgment.  Judgment is hereby entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 24, 2013

SUSAN ILLSTON
United States District Judge